IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-683-RJC-DCK

| | |
|---|---|
| STRATIFYD, INC., and BEIJING STRATIFYD TECHNOLOGY CO., LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| XIAOYU WANG, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Nicholas Lee, concerning David L. Pardue, on February 8, 2023. David L. Pardue seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. David L. Pardue is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 8, 2023

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge