IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-683-RJC-DCK

| | |
|---|---|
| STRATIFYD, INC., and BEIJING STRATIFYD TECHNOLOGY CO., LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| XIAOYU WANG, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Nicholas Lee, concerning Brian D. Stoltz, on February 8, 2023. Brian D. Stoltz seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Brian D. Stoltz is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 8, 2023

David C. Keesler
United States Magistrate Judge