IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-683-RJC-DCK

| | |
|---|---|
| STRATIFYD, INC., and BEIJING STRATIFYD TECHNOLOGY CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| XIAOYU WANG, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Daniel Huynh, concerning Stephen M. Vaughn, on February 9, 2023. Stephen M. Vaughn seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Stephen M. Vaughn is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 9, 2023

David C. Keesler
United States Magistrate Judge