IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-683-RJC-DCK

| | |
|---|---|
| STRATIFYD, INC., and BEIJING STRATIFYD TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> XIAOYU WANG, <br><br> Defendant. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Daniel Huynh, concerning K. Tate Gray, on February 9, 2023. K. Tate Gray seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. K. Tate Gray is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 9, 2023

David C. Keesler
United States Magistrate Judge