IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-683-RJC-DCK

| | |
|---|---|
| STRATIFYD, INC., and BEIJING STRATIFYD TECHNOLOGY CO., LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XIAOYU WANG, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Stay Of Civil Action" (Document No. 33) filed December 22, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Stay Of Civil Action" (Document No. 33) is **GRANTED**. This case is hereby **STAYED** until **March 21, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report on or before **March 21, 2024**.

**SO ORDERED**.    Signed: December 27, 2023

David C. Keesler
United States Magistrate Judge